IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

Emergency Fuel, LLC & Spare Tank, LLC

Plaintiff(s)

vs.

Pennzoil-Quaker State Company

Defendant(s)

Civil Action No. CCB00CV156

☒ FEE PAID

☐ FEE NOT PAID

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 1 8 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
             DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Charles H. Nalls__ Esquire a member of the Bar of this court, moves the admission of __James E. Armstrong, III__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiffs__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Maryland  District of Columbia__

and/or the following United States Court(s): __Federal Circuit Court of Appeals  Federal District of the District of Columbia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __n/a__

FILED _____ ENTERED
       _____ RECEIVED

MAR 3 2000

CLERK
DISTRICT OF
BY _____ DEPUTY

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT



Revised 6/1/98



-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____n/a_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____
Signature
Armstrong, Westerman, Hattori, McLeland
1725 K Street, NW, Suite 1000
Address
Washington, D.C. 20006

(202) 659-2930
Office phone number

(202) 887-0357
Fax number

11959
Md. U.S. District Court Number

PROPOSED ADMITTEE:

James E Armstrong
_____
Signature
Armstrong, Westerman, Hattori, McLeland
1725 K Street, NW, Suite 1000
Address
Washington, D.C. 20006

(202) 659-2930
Office phone number

(202) 887-0357
Fax number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

3/3/2000
_____
Dated

_____
Judge, U. S. District Court

## CERTIFICATE OF SERVICE

I do hereby affirm this 17th day of February 2000 that a true and correct copy of the foregoing **Motion for Admission Pro Hoc Vice for James E. Armstrong, III**. was sent via first class mail, postage pre-paid to:

David A. Super, Esquire
Baker Botts, LLP
The Warner - Suite 1300
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Attorney's for Defendant

 

_____
Charles H. Nalls, Esquire
Federal Bar No. 11959
Armstrong, Westerman, Hattori,
 McLeland & Naughton
1725 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel:   (202) 659-2930
Attorneys for Plaintiffs