☐ FEE PAID
☐ FEE NOT PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Emergency Fuel, LLC, et al.

        Plaintiff(s)

vs.

Pennzoil-Quaker State Company

        Defendant(s)

Civil Action No. 00-cv-0156 (CCB)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **David A. Super** Esquire a member of the Bar of this court, moves the admission of **Michael Wilson** Esquire to appear pro hac vice in the captioned proceeding as counsel for **Pennzoil-Quaker State Company**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of **Texas; Oklahoma**

and/or the following United States Court(s): **U.S. District Court for the Southern District of Texas; U.S. Court of Appeals for the Federal Circuit**

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court **0** time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: **n/a**

---

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____n/a_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_[signature]_
Signature
Baker Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.- Ste. 1300
Address

Washington, D.C. 20004-2400

202-639-7700
Office phone number

202-639-7890
Fax number

Federal Bar No. 22200
Md. U.S. District Court Number

PROPOSED ADMITTEE:

_Michael E. Wilson_
Signature
Baker Botts, L.L.P.
One Shell Plaza, 910 Louisiana
Address

Houston, Texas 77002-4995

713-229-1234
Office phone number

713-229-1522
Fax number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

9/28/00
Dated

_[signature]_
Judge, U. S. District Court