IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Emergency Fuel, LLC, et al.

        Plaintiff(s)

vs.

Pennzoil-Quaker State Company

        Defendant(s)

Civil Action No. 00-cv-0156 (CCB)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, David A. Super Esquire a member of the Bar of this court, moves the admission of Carey Jordan Hetherington Esquire to appear pro hac vice in the captioned proceeding as counsel for Pennzoil-Quaker State Company

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of Texas and/or the following United States Court(s): U.S. District Court for the Southern District of Texas

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court  0  time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: n/a

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____n/a_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Baker Botts, L.L.P. | Baker Botts, L.L.P. |
| 1299 Pennsylvania Avenue, N.W.- Ste. 1300 | One Shell Plaza, 910 Louisiana |
| Address | Address |
| Washington, D.C. 20004-2400 | Houston, Texas 77002-4995 |
| 202-639-7700 | 713-229-1234 |
| Office phone number | Office phone number |
| 202-639-7890 | 713-229-1522 |
| Fax number | Fax number |
| Federal Bar No. 22200 | |
| Md. U: S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__11/17/00_____    _[signature]_____
Dated                            Judge, U. S. District Court