IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, *et al.*, | ) |
| Plaintiffs/Counterdefendants, | ) Civil Action No. 1:00cv00156-CCB |
| v. | ) |
| Pennzoil-Quaker State Company | ) |
| Defendant/Counterplaintiff. | ) |

## ORDER MODIFYING SCHEDULING ORDER

After consideration of the parties' Joint Motion for Slight Enlargement of Time Concerning Scheduling Order Deadlines, the Court hereby orders amendment of the Court's August 29, 2000 Scheduling Order as follows:

| ACTION | DUE DATE |
|---|---|
| Plaintiffs' Rule 26(a)(2) disclosures *re* experts | December 4, 2000 |
| Defendant's Rule 26(a)(2) disclosures *re* experts | December 27, 2000 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures *re* experts | January 11, 2001 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 18, 2001 |
| Discovery deadline; submission of status report | February 12, 2001 |
| Requests for admission | February 19, 2001 |



| | |
|---|---|
| Dispositive pretrial motions deadline | March 12, 2001 |

ORDERED THIS _20th_ DAY OF DECEMBER, 2000.

                                               _____
                                               CATHERINE C. BLAKE
                                               UNITED STATES DISTRICT JUDGE