**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Emergency Fuel, LLC<br>(a Maryland limited liability company)<br><br>and<br><br>Spare Tank, LLC<br><br>              Plaintiffs,<br><br>vs.<br><br>Pennzoil-Quaker State Company<br>(a Delaware corporation)<br><br>           Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. CCB-00156<br>WITHDRAWAL OF<br>APPEARANCE |

**WITHDRAWAL OF APPEARANCE**

The undersigned individual counsel, Charles H. Nalls, hereby withdraws his appearance

on behalf of Plaintiffs as he accepted a position with another law firm and has had no

responsibility for matters in this case since October 10, 2000.  The law firm of Amstrong,

Westerman, Hattori, McLeland & Naughton and listed counsel will continue in representation.

Questions may be forwarded to the new address appearing below the signature line, and counsel

ask the Clerk of the Court to take thereof.

Date: January 8, 2001                    Respectfully submitted,


Charles H. Nalls, Federal Bar No. 11,959
DEKIEFFER & HORGAN
Suite 800
729 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 783-6900

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2001, copy of the foregoing Notice of Withdrawal of Counsel was served by first-class mail, postage prepaid, upon the following:

David A. Super, Esq.
Baker Botts, Llp
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-24000

Scott M. Daniels, Esq.
Armstrong, Westerman. Hattori,
  McLeland & Naughton
1725 K Street, N.W.
Washington, D.C.   20006

Charles H. Nalls