IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Emergency Fuel, LLC, et al., ) | |
| ) | |
| Plaintiffs/Counterdefendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:00cv00156-CCB |
| ) | |
| Pennzoil-Quaker State Company, ) | |
| ) | |
| Defendants/Counterplaintiff. ) | |

**MOTION AND ORDER FOR THE ADMISSION OF MICHAEL C. AUGUSTINI, ESQUIRE, PRO HAC VICE, AS COUNSEL FOR DEFENDANT/ COUNTERPLAINTIFF, PENNZOIL-QUAKER STATE COMPANY**

Defendant/Counterplaintiff, Pennzoil-Quaker State Company, by its undersigned counsel, pursuant to Local Rule 101.1.b., respectfully requests that the Court enter an Order permitting Michael C. Augustini, Esquire, to appear as additional counsel for Defendant/Counterplaintiff in the above-captioned action.

The Movant and the proposed admittee respectfully certify as follows:

1. Mr. Augustini is a 1995 graduate of the University of Maine School of Law. He is admitted to practice and a member in good standing in the District of Columbia, State of Maine, United States District Court for the District of Columbia, and United States Court of Appeals for the First Circuit.

2. Mr. Augustini has never been disbarred, suspended, or denied admission to practice.

3. Mr. Augustini is familiar with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

4. Co-counsel for Mr. Augustini, in this action, will be Gerard Martin and the firm of Martin, Snyder & Bernstein, P.A. Mr. Martin is an admitted member of the bar of the United States District Court for the District of Maryland.

5. It is understood that admission pro hac vice does not constitute formal admission to the bar of the United States District Court for the District of Maryland.

Respectfully submitted,

| Proposed Admittee: | Movant: |
|---|---|
| Michael C. Augustini, Esquire | Gerard P. Martin, Esquire |
| ARNOLD & PORTER | MARTIN, SNYDER & BERNSTEIN |
| 555 Twelfth Street, N.W. | Redwood Tower, Suite 2000 |
| Washington, D.C. 20004 | Baltimore, Maryland 21202 |
| (202) 942-5000 | (410) 547-7163 |
| (202) 942-5999 (Facsimile) | (410) 547-1605 (Facsimile) |

Attorneys for Defendant/Counterplaintiff Pennzoil-Quaker State Company

## ORDER

The preceding Motion for Admission PRO HAC VICE of Michael C. Augustini is GRANTED.

_____  1/25/01
Catherine C. Blake
United States District Court Judge

2

Respectfully submitted,

_____
Gerard P. Martin, Federal Bar No. 00691
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, MD 21202
Tel:   410-547-7163
Fax:   410-547-1605

ATTORNEYS FOR
DEFENDANT/COUNTERPLAINTIFF
PENNZOIL-QUAKER STATE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Order for the Admission of Michael C. Augustini, Esquire, Pro Hac Vice, as Counsel for Defendant/Counterplaintiff, Pennzoil-Quaker State Company has been mailed, first class, postage prepaid, this 22nd day of January, 2001, to the following:

Scott M. Daniels, Esquire
Armstrong, Westerman, Hattori,
McLeland & Naughton
1725 K Street, N.W., Suite 1000
Washington, D.C. 20006


_____
Gerard P. Martin