IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., ) | |
| ) | |
| Plaintiffs/Counterdefendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:00cv00156-CCB |
| ) | |
| Pennzoil-Quaker State Company, ) | |
| ) | |
| Defendants/Counterplaintiff. ) | |

**MOTION AND ORDER FOR THE ADMISSION OF JOEL M. FREED, ESQUIRE, PRO HAC VICE, AS COUNSEL FOR DEFENDANT/ COUNTERPLAINTIFF, PENNZOIL-QUAKER STATE COMPANY**

Defendant/Counterplaintiff, Pennzoil-Quaker State Company, by its undersigned counsel, pursuant to Local Rule 101.1.b., respectfully requests that the Court enter an Order permitting Joel M. Freed, Esquire, to appear as additional counsel for Defendant/Counterplaintiff in the above-captioned action.

The Movant and the proposed admittee respectfully certify as follows:

1. Mr. Freed is a 1970 graduate of Georgetown University Law School. He is admitted to practice and a member in good standing in the District of Columbia, the Commonwealth of Virginia, and the following federal courts: United States District Court for the Northern District of California, United States District Court for the Eastern District of Wisconsin, United States District Court for the Eastern District of Texas, United States District Court for the District of Columbia, United States District Court for Central District of Illinois, United States District Court for Eastern District of Virginia, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for

the Eleventh Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the District of Columbia, United States Supreme Court, United States Court of Claims, and United States International Trade Commission.

2. Mr. Freed has never been disbarred, suspended, or denied admission to practice.

3. Mr. Freed is familiar with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

4. Co-counsel for Mr. Freed, in this action, will be Gerard Martin and the firm of Martin, Snyder & Bernstein, P.A. Mr. Martin is an admitted member of the bar of the United States District Court for the District of Maryland.

5. It is understood that admission pro hac vice does not constitute formal admission to the bar of the United States District Court for the District of Maryland.

Respectfully submitted,

| Proposed Admittee: | Movant: |
|---|---|
| Joel M. Freed, Esquire | Gerard P. Martin, Esquire |
| ARNOLD & PORTER | MARTIN, SNYDER & BERNSTEIN |
| 555 Twelfth Street, N.W. | Redwood Tower, Suite 2000 |
| Washington, D.C. 20004 | Baltimore, Maryland 21202 |
| (202) 942-5000 | (410) 547-7163 |
| (202) 942-5999 (Facsimile) | (410) 547-1605 (Facsimile) |

Attorneys for Defendant/Counterplaintiff Pennzoil-Quaker State Company

## ORDER

The preceding Motion for Admission PRO HAC VICE of Joel M. Freed is GRANTED.

_____  1/25/01
Catherine C. Blake
United States District Court Judge

Respectfully submitted,

_____
Gerard P. Martin, Federal Bar No. 00691
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, MD 21202
Tel:    410-547-7163
Fax:    410-547-1605

ATTORNEYS FOR
DEFENDANT/COUNTERPLAINTIFF
PENNZOIL-QUAKER STATE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Order for the Admission of Joel M. Freed, Esquire, Pro Hac Vice, as Counsel for Defendant/Counterplaintiff, Pennzoil-Quaker State Company has been mailed, first class, postage prepaid, this 22nd day of January, 2001, to the following:

>Scott M. Daniels, Esquire
>Armstrong, Westerman, Hattori,
>McLeland & Naughton
>1725 K Street, N.W., Suite 1000
>Washington, D.C. 20006

_____
Gerard P. Martin

4