IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., ) | |
| Plaintiffs/Counterdefendants, ) | |
| v. ) | Civil Action No. 1:00cv00156-CCB |
| Pennzoil-Quaker State Company, ) | |
| Defendants/Counterplaintiff. ) | |

**MOTION AND ORDER FOR THE ADMISSION OF SCOTT CHAMBERS, ESQUIRE, PRO HAC VICE, AS COUNSEL FOR DEFENDANT/ COUNTERPLAINTIFF, PENNZOIL-QUAKER STATE COMPANY**

Defendant/Counterplaintiff, Pennzoil-Quaker State Company, by its undersigned counsel, pursuant to Local Rule 101.1.b., respectfully requests that the Court enter an Order permitting Scott Chambers, Esquire, to appear as additional counsel for Defendant/Counterplaintiff in the above-captioned action.

The Movant and the proposed admittee respectfully certify as follows:

1. Mr. Chambers is a 1993 graduate of the George Washington University Law Center. He is admitted to practice and a member in good standing in the Commonwealth of Virginia, the District of Columbia, the United States District Court for the District of Columbia, and United States Court of Appeals for the Federal Circuit.

2. Mr. Chambers has never been disbarred, suspended, or denied admission to practice.



3. Mr. Chambers is familiar with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

4. Co-counsel for Mr. Chambers, in this action, will be Gerard Martin and the firm of Martin, Snyder & Bernstein, P.A. Mr. Martin is an admitted member of the bar of the United States District Court for the District of Maryland.

5. It is understood that admission pro hac vice does not constitute formal admission to the bar of the United States District Court for the District of Maryland.

Respectfully submitted,

| Proposed Admittee: | Movant: |
|---|---|
| *[signature]* | *[signature]* |
| Scott Chambers, Esquire | Gerard P. Martin, Esquire |
| ARNOLD & PORTER | MARTIN, SNYDER & BERNSTEIN |
| 555 Twelfth Street, N.W. | Redwood Tower, Suite 2000 |
| Washington, D.C. 20004 | Baltimore, Maryland 21202 |
| (202) 942-5000 | (410) 547-7163 |
| (202) 942-5999 (Facsimile) | (410) 547-1605 (Facsimile) |

Attorneys for Defendant/Counterplaintiff Pennzoil-Quaker State Company

### ORDER

The preceding Motion for Admission PRO HAC VICE of Scott Chambers is GRANTED.

*[signature]* 1/25/01

Catherine C. Blake
United States District Court Judge

2

Respectfully submitted,

_____
Gerard P. Martin, Federal Bar No. 00691
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, MD 21202
Tel:  410-547-7163
Fax:  410-547-1605

ATTORNEYS FOR
DEFENDANT/COUNTERPLAINTIFF
PENNZOIL-QUAKER STATE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Order for the Admission of Scott Chambers, Esquire, Pro Hac Vice, as Counsel for Defendant/Counterplaintiff, Pennzoil-Quaker State Company has been mailed, first class, postage prepaid, this 22nd day of January, 2001, to the following:

> Scott M. Daniels, Esquire
> Armstrong, Westerman, Hattori,
> McLeland & Naughton
> 1725 K Street, N.W., Suite 1000
> Washington, D.C. 20006

_____
Gerard P. Martin

3