IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., | ) |
| Plaintiffs/Counterdefendants, | ) |
| v. | ) Civil Action No. 1:00cv00156-CCB |
| Pennzoil-Quaker State Company, | ) |
| Defendants/Counterplaintiff. | ) |

**ORDER**

As discussed by conference call today, Upon consideration of Pennzoil-Quaker State Company's motion to enlarge the period to respond to Plaintiffs' summary judgment motion, it is hereby ORDERED that the parties shall confer with respect to filing of dispositive motions, as required by Local Rule 105.2.c. It is further ORDERED that Pennzoil's opposition to Plaintiffs' summary judgment motion shall be filed no later than ~~March 12, 2001~~ February 23, 2001.

SO ORDERED this 26 day of January 2001.

Catherine C. Blake
United States District Judge