IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., ) | |
| ) | |
| Plaintiffs/Counterdefendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:00cv00156-CCB |
| ) | |
| Pennzoil-Quaker State Company, ) | |
| ) | |
| Defendants/Counterplaintiff. ) | |

**MOTION AND ORDER FOR THE ADMISSION OF GILLIAN C. WOOD,
ESQUIRE, PRO HAC VICE, AS COUNSEL FOR DEFENDANT/
COUNTERPLAINTIFF, PENNZOIL-QUAKER STATE COMPANY**

Defendant, Pennzoil-Quaker State Company, by its undersigned counsel, pursuant to Local Rule 101.1.b., respectfully requests that the Court enter an Order permitting Gillian C. Wood, Esquire, to appear as additional counsel for Defendant in the above-captioned matter.

The Movant and the Proposed Admitte respectfully certify as follows:

1. Ms. Wood is a 1998 University of Michigan Law School graduate. She is admitted to practice and an active member in good standing of the District of Columbia Bar and the Maryland Bar, and is admitted to practice in the United States District Court for the District of Columbia.

2. Ms. Wood has never been disbarred, suspended, or denied admission to practice.

3. Ms. Wood is familiar with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for Maryland, the Federal Rules of Evidence,

and the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this court.

4. Co-counsel for Ms. Wood in this action, will be Gerard Martin and the firm of Martin, Snyder & Bernstein, P.A. Mr. Martin is an admitted member of the Bar of the U.S. District Court for Maryland.

5. It is understood that admission PRO HAC VICE does not constitute formal admission to the Bar of the U.S. District Court for the District of Maryland.

Respectfully submitted,

Proposed Admittee:

*(signature)*
Gillian C. Wood, Esquire
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000
(202) 942-5999 (Facsimile)

Movant:

*(signature)*
Gerard P. Martin, Esquire
MARTIN, SNYDER & BERNSTEIN
Redwood Tower, Suite 2000
Baltimore, Maryland 21202
(410) 547-7163
(410) 547-1605 (Facsimile)

Attorneys for Defendant/Counterplaintiffs Pennzoil-Quaker State Company

Date: January 24, 2001

and the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this court.

4. Co-counsel for Ms. Wood in this action, will be Gerard Martin and the firm of Martin, Snyder & Bernstein, P.A. Mr. Martin is an admitted member of the Bar of the U.S. District Court for Maryland.

5. It is understood that admission PRO HAC VICE does not constitute formal admission to the Bar of the U.S. District Court for the District of Maryland.

Respectfully submitted,

Proposed Admittee:                          Movant:

_____                   _____
Gillian C. Wood, Esquire                    Gerard P. Martin, Esquire
ARNOLD & PORTER                             MARTIN, SNYDER & BERNSTEIN
555 Twelfth Street, N.W.                    Redwood Tower, Suite 2000
Washington, D.C. 20004                      Baltimore, Maryland 21202
(202) 942-5000                              (410) 547-7163
(202) 942-5999 (Facsimile)                  (410) 547-1605 (Facsimile)

Attorneys for Defendant/Counterplaintiffs Pennzoil-Quaker State Company


Date: January 23, 2001

## **ORDER**

The preceding Motion for Admission PRO HAC VICE of Gillian C. Wood is GRANTED.

_____
CATHERINE BLAKE
United States District Court Judge


Dated:  1/30/01

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 24, 2001 a true and complete copy of the MOTION AND ORDER FOR THE ADMISSION OF GILLIAN C. WOOD, ESQUIRE, PRO HAC VICE, AS COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF, PENNZOIL-QUAKER STATE COMPANY was served by facsimile and by certified mail, return receipt requested, upon counsel for Plaintiffs at the following address:

>Scott M. Daniels
>ARMSTRONG, WESTERMAN, HATTORI,
>McLELAND & NAUGHTON
>1725 K Street, N.W., Suite 1000
>Washington, D.C. 20006

Gerard P. Martin