UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

February 28, 2001

Scott M. Daniels, Esquire
Armstrong, Westerman, Hattori, McLeland & Naughton
Suite 1000
1725 K Street, N.W.
Washington, D.C. 20006

Joel M. Freed, Esquire
Arnold & Porter
555 12th Street, N.W.
Washington, MD 20004

Gerard P. Martin, Esquire
Denis J. Charlesworth, Esquire
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, MD 21212

Re: Emergency Fuel, LLC, et al. v. Penzoil-Quaker State Company,
Civil No. CCB-00-156

Dear Counsel:

This is to advise that oral argument on pending motions in this case has been scheduled for **Friday, May 4, 2001** at **2:00 p.m.** in Courtroom 7D.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc: Court File