IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., ) | |
| ) | |
| Plaintiffs/Counterdefendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:00cv00156-CCB |
| ) | |
| Pennzoil-Quaker State Company, ) | |
| ) | |
| Defendants/Counterplaintiff. ) | |

### ORDER

Upon consideration of Pennzoil-Quaker State Company's unopposed motion to amend its October 14, 2000 answer, it is hereby ORDERED that the motion is GRANTED.

SO ORDERED this 7th day of March 2001.

_____
Catherine C. Blake
United States District Judge