IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Emergency Fuel, LLC, *et al.* | * | |
| | * | |
| Plaintiffs, | * | Civil Action. No.: |
| | * | CCB-00-156 |
| vs. | * | |
| | * | |
| | * | |
| Pennzoil-Quaker State Company | * | |
| | * | |
| Defendant. | * | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Seal Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment for Infringement and accompanying exhibits, the memorandum of law in support thereof, and the entire record herein, it is hereby ORDERED that plaintiffs' motion is hereby GRANTED. The Clerk of Court shall keep the designated materials submitted by Plaintiffs under seal, until the conclusion of any appeal of this matter or the time for such appeal has expired, at which time the Clerk of Court will destroy said materials. *The court finds good cause has been shown for sealing and no adequate alternative exists. (CB)*

This 29th day of March, 2001.

JUDGE CATHERINE BLAKE
UNITED STATES DISTRICT JUDGE