IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> Pennzoil-Quaker State Company, <br><br> Defendants/Counterplaintiff. | Civil Action No. 1:00cv00156-CCB |

### ORDER

Upon consideration of Pennzoil-Quaker State Company's motion for Leave to Submit Supplemental Declaration of Expert, Dr. Michael Graboski, good cause having been shown, and no opposition from the Plaintiffs/Counterdefendants, it is hereby ORDERED:

Leave is GRANTED for the submission of the Supplemental Declaration of Expert, Dr. Michael Graboski, with respect to the currently pending briefing on Plaintiffs' Motion for Summary Judgement.

SO ORDERED this 29th day of March, 2001.

Catherine C. Blake
United States District Judge