IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Emergency Fuel, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs/Counterdefendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:00 cv00156-CCB |
| ) | |
| Pennzoil-Quaker State Company ) | |
| ) | |
| Defendant/Counterplaintiff. ) | |

## ORDER

Having read and considered Defendant's Motion to Amend Scheduling Order, and having further reviewed Plaintiffs' and Defendant's joint request to extend the deadlines in the Court's previous scheduling order, and finding good cause shown, it is this 4th day of April, 2001,

ORDERED that the discovery schedule in the above-referenced matter shall be as follows:

| | |
|---|---|
| Close of discovery | May 14, 2001 |
| Parties submit Status Report | May 14, 2001 |
| Parties submit Requests for Admission | May 21, 2001 |
| Parties submit dispositive motions | June 28, 2001 |

CATHERINE C. BLAKE
United States District Judge