IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al., ) | |
| ) | |
| Plaintiffs/Counterdefendants, ) | |
| ) | |
| v. ) | Civil Action No. 1:00cv00156-CCB |
| ) | |
| Pennzoil-Quaker State Company, ) | |
| ) | |
| Defendants/Counterplaintiff. ) | |

**MOTION AND ORDER FOR THE ADMISSION OF ANDREW S. BRENC, ESQUIRE, PRO HAC VICE, AS COUNSEL FOR DEFENDANT/ COUNTERPLAINTIFF, PENNZOIL-QUAKER STATE COMPANY**

Defendant, Pennzoil-Quaker State company, by its undersigned counsel, pursuant to Local Rule 101.1.b., respectfully requests that the Court enter an Order permitting Andrew S. Brenc, Esquire, to appear as additional counsel for Plaintiff in the above-captioned action.

The Movant and the proposed admitted respectfully certify as follows:

1.  Mr. Brenc is a 1999 University of Connecticut School of law graduate. He is admitted to practice and a member in good standing of the Connecticut Bar.

2.  Mr. Brenc has never been disbarred, suspended, or denied admission to practice.

3.  Mr. Brenc is familiar with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for Maryland, the Federal Rules of Evidence,





and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this court.

    4.  Co-counsel for Mr. Brenc, in this action, will be Gerard Martin and the firm of Martin, Snyder & Bernstein, P.A.  Mr. Martin is an admitted member of the bar of the U.S. District Court for Maryland.

    5.  It is understood that admission PRO HAC VICE does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

Respectfully submitted,

Proposed Admittee:                                 Movant:

Andrew S. Brenc, Esquire                 Gerard P. Martin, Esquire
ARNOLD & PORTER                      MARTIN, SNYDER & BERNSTEIN
555 Twelfth Street, N.W.                  Redwood Tower, Suite 2000
Washington, D.C.  20004                 Baltimore, Maryland  21202
(202) 942-5000                            (410) 547-7163
(202) 942-5999 (Facsimile)               (410) 547-1605 (Facsimile)

Attorneys for Defendant/Counterplaintiffs Pennzoil-Quaker State Company

**ORDER**

The preceding Motion for Admission PRO HAC VICE of Andrew S. Brenc is GRANTED.

United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Order for the Admission of Andrew S. Brenc, Esquire, Pro Hac Vice, as Counsel for Defendant/Counterplaintiff, Pennzoil-Quaker State Company has been mailed, first class, postage prepaid, this 17th day of April, 2001, to the following:

>Scott M. Daniels, Esquire
>Armstrong, Westerman, Hattori,
>McLeland & Naughton
>1725 K Street, N.W., Suite 1000
>Washington, D.C. 20006

Gerard P. Martin