IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMERGENCY FUEL, LLC, ET AL.          :
                                     :
    v.                               :    CIVIL NO. CCB-00-156
                                     :
PENNZOIL-QUAKER STATE CO.            :

...oOo...

## ORDER

Now pending is the Plaintiffs' Motion for Summary Judgment for Infringement By Defendants of four patents related to the composition of emergency fuel. Oral argument was heard on May 4, 2001 following full briefing.

After carefully considering the language of the claims and specifications, the prosecution history, the extrinsic evidence, including the testimony of the experts on both sides, and the arguments of counsel, I am not persuaded that the broad claim construction proffered by plaintiffs, under which the term "mineral spirits" as used in the claims encompasses the blend of synthetic petrochemicals (Aromatic 150 and ISOPAR L) contained in the defendants' allegedly infringing product, is correct as a matter of law. Rather than deny the plaintiffs' motion outright, however, I prefer to reserve a final decision until it can be made in the full context of the motions to be filed by the defendants concerning invalidity and, possibly, inequitable conduct toward the PTO.

Accordingly, the plaintiffs' motion for summary judgment is hereby **Denied without prejudice**, subject to renewal upon request in connection with later motions.

**SO ORDERED** this 7th day of May, 2001.

/s/ Catherine C. Blake
Catherine C. Blake
United States District Judge