IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMERGENCY FUEL, LLC, ET AL.       :
                                  :
v.                                :   CIVIL NO. CCB-00-156
                                  :
PENNZOIL-QUAKER STATE COMPANY     :

...oOo...

## ORDER

Having reviewed Plaintiffs' Motion for an Extension of Time for Discovery, or in the Alternative to Compel production, and finding that the motion was not timely filed, and further finding that the issue as to the old Rescue file is moot, and noting that the damages issue as to the linking of Pennzoil's "Rescue" product with its "Fix-A-Flat" product can be addressed at a later stage in the case if necessary, it is hereby **ORDERED** that:

1. the Motion is **Denied**; and

2. the Clerk shall mail copies of this Order to counsel of record.

_June 25, 2001_
Date

_/s/ Catherine C. Blake_
Catherine C. Blake
United States District Judge