IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

EMERGENCY FUEL, LLC, ET AL.,

Plaintiffs/Counterdefendants,

v.   No. 1:00 cv00156-CCB

PENNZOIL-QUAKER STATE CO.

Defendant/Counterplaintiff.

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having read and considered the request by counsel for Pennzoil to exceed the motion page limit requirements of Local Rule 105.3, and good cause having been found, it is this 25th day of June, 2001,

ORDERED that Pennzoil's motion is GRANTED, and they shall be allowed to file a summary judgment motion with separate memoranda of support that exceed the 50 page limit, but by no more than 30 pages.

_____
United States District Court Judge

- 4 -