IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Emergency Fuel, LLC, et al. | ) |
| Plaintiffs/Counterdefendants, | ) |
| v. | ) Civil Action No. 1:00cv00156-CCB |
| Pennzoil-Quaker State Company, | ) **[Proposed] Order** |
| Defendant/Counterplaintiff. | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Unopposed Motion For an Extension of Time to File Oppositions to Defendant's Five Motions for Summary Judgment, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is hereby GRANTED. Plaintiff's Oppositions to Defendant's five Motions for Summary Judgment are due July 30, 2001.

This _2d_ day of _July_, 2001.

_____
JUDGE CATHERINE BLAKE
UNITED STATES DISTRICT JUDGE