```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF MARYLAND
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND           2001 AUG -8  A 9:04
```

| | | |
|---|---|---|
| Emergency Fuel, LLC, *et al.* | * | |
| | * | |
| Plaintiffs, | * | Civil Action. No.: |
| | * | CCB-00-156 |
| vs. | * | Motion to Seal |
| | * | |
| | * | |
| Pennzoil-Quaker State Company | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Seal Plaintiffs' Memorandum of Points and Authorities and accompanying exhibits to Plaintiffs' Motion for Summary Judgment for Infringement filed January 12, 2001, the memorandum of law in support thereof, and the entire record herein, *there being no objection and no adequate alternative to sealing,* it is hereby *pursuant to Local Rule 105.11*

ORDERED that Plaintiffs' motion is hereby GRANTED. The Clerk of Court shall keep the designated materials submitted by Plaintiffs under seal, until the conclusion of any appeal of this matter or the time for such appeal has expired, at which time the Clerk of Court will *return or* destroy said materials.

This ___8th___ day of ___August___, 2001.

_____
JUDGE CATHERINE BLAKE
UNITED STATES DISTRICT JUDGE