IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMERGENCY FUEL, LLC, et al., :
:
v. : CIVIL NO. CCB-00-CV-156
:
PENNZOIL-QUAKER STATE CO. :
:
...o0o...

ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Plaintiffs' motion for reconsideration is **Denied**; and

2. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

_4/23/02_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge