IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMERGENCY FUEL, LLC, ET AL.        :

v.                                 :   CIVIL NO. CCB-00-156

PENNZOIL-QUAKER STATE CO.          :

...oOo...

**ORDER**

By Order dated March 7, 2002, the court granted the defendant's Motion for Summary Judgment on all patent claims asserted by the plaintiffs for the reasons stated in the Memorandum of that same date. The plaintiffs' motion for reconsideration was denied April 23, 2002.

Having considered the defendant's letter request of May 1, 2002 for entry of final judgment pursuant to Fed.R.Civ.P. 54(b), which is not opposed by the plaintiffs, and finding no just reason for delay, see Fox v. Baltimore City Police Dept., 201 F.3d 526, 530-32 (4th Cir. 2000), it is hereby **ORDERED** that:

1. pursuant to Fed.R.Civ.P. 54(b), final judgment is entered in favor of the defendant and against the plaintiffs on all claims in the complaint;

2. the defendant's counterclaims are **Stayed** pending the outcome of plaintiffs' appeal;

3. the defendant's filing of any motion for attorneys' fees is **Deferred** pending the outcome of the plaintiffs' appeal;

4. this case is **Administratively Closed**; and

5. the Clerk shall send copies of this Order to counsel of record.

5/28/02
Date

Catherine C. Blake
United States District Judge