UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

July 30, 2003

James E. Armstrong, IV, Esquire
Scott M. Daniels, Esquire
Armstrong, Westerman, Hattori,
 McLeland & Naughton, LLP
1725 K Street, N.W., Suite 1000
Washington, D.C. 20006

Joel M. Freed, Esquire
Michael Augustini, Esquire
Scott Chambers, Esquire
Arnold & Porter
555 12th Street, N.W.
Washington, MD 20004

Gerard P. Martin, Esquire
Martin, Snyder & Bernstein
217 E. Redwood Street, Suite 2000
Baltimore, MD 21202

   Re: <u>Emergency Fuel, LLC, et al. v. Penzoil-Quaker State Company,
      Civil No. CCB-00-156</u>

Dear Counsel:

  In light of the Federal Circuit's recent opinion, please confer and submit a proposed schedule (agreed-upon, if possible, or separate) for further proceedings in this case no later than **August 25, 2003**. If a conference call would be helpful either before or after that date, please let me know.

                Sincerely yours,

                   /s/

                                            Catherine C. Blake
                                            United States District Judge