IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Emergency Fuel, LLC, et al., ) <br> ) <br> Plaintiffs/Counterdefendants, ) <br> ) <br> v. ) <br> ) <br> Pennzoil-Quaker State Company, ) <br> ) <br> Defendants/Counterplaintiff. ) | Civil Action No. CCB-00-CV-156 |

## DISCLOSURE OF AFFILIATION AND FINANCIAL INTEREST OF DEFENDANT PENNZOIL-QUAKER STATE COMPANY

Pursuant to Local Rule 103.3, Defendant Pennzoil-Quaker State Company ("Pennzoil") respectfully states the following concerning corporate affiliations and financial interests in the outcome of the litigation:

On February 15, 2000, Pennzoil filed a disclosure of affiliations and financial interest in this matter.

On or about May 28, 2002, the docket in this matter was closed pending the outcome of Plaintiff Emergency Fuel, LLC's appeal in the United States Court of Appeals for the Federal Circuit.

On October 1, 2002, the acquisition of Pennzoil by Shell Oil Company ("Shell"), an affiliate of the Royal Dutch/Shell Group of Companies was completed. Pursuant to Local Rule 103.3.a, a list of Pennzoil subsidiaries and affiliates is attached hereto as Exhibit A.

With regard to Local Rule 103.3.b., except as disclosed above, no corporation, unincorporated association, partnership or other business entity, which is not a party, has a financial interest in the outcome of this litigation.

The above-listed disclosures are not to be considered admissions of obligations to the affiliated or interested parties, nor a waiver of any rights that they may have in connection with the subject matter of the above-captioned litigation.

Dated: August 15, 2003

Respectfully submitted,

_____/s/_____
Joel M. Freed, Pro Hac Vice
Michael C. Augustini (D. Md. Bar #26882)
Gillian C. Wood, Pro Hac Vice
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004
Tel:   202-942-5000
Fax:   202-942-5999

Gerard P. Martin, Federal Bar No. 00691
Martin, Snyder & Bernstein, P.A.
Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, MD 21202
Tel:   410-547-7163
Fax:   410-547-1605

ATTORNEYS FOR
DEFENDANT/COUNTERPLAINTIFF
PENNZOIL-QUAKER STATE COMPANY

EXHIBIT A

## Subsidiaries and Affiliates of Pennzoil-Quaker State Company
## as of August 1, 2003

| | Ownership | Domicile |
|---|---|---|
| Shell Oil Company | | DELAWARE |
|     Pennzoil-Quaker State Company, d/b/a SOPUS Products | 100% | DELAWARE |
|         Aceites y Solventes Venezolanos Vassa S.A. | 33.3333% | VENEZUELA |
|         The Atlas Processing Company-Compaq Hangar Enterprise, L.L.C. | 50% | TEXAS LLC |
|         The Eureka Pipe Line Company | 100% | WEST VIRGINIA |
|         Fort William Coal Dock Company Limited | 100% | ONTARIO |
|         Gilco Enterprises, Ltd. | 50% | TEXAS GP |
|         Green Shield, Inc. | 100% | DELAWARE |
|         Quaker State 1990-1 Drilling Fund, L.P. | 15.6249% | DELAWARE LP |
|         Quaker State 1992-1 Drilling Fund, L.P. | 39.9442% | DELAWARE LP |
|         Quaker State 1994-1 Drilling Fund, L.P. | 54.103342% | DELAWARE LP |
|         Quaker State 1990-2 Gas Production Fund, L.P. | 1.074% | DELAWARE LP |
|         Quaker State 1992-2 Gas Production Fund, L.P. | 1.3938% | DELAWARE LP |
|         Quaker State 1994-2 Gas Production Fund, L.P. | 1.470588% | DELAWARE LP |
|         Isopetrol S.A. | 45% | PERU |
|         **Jiffy Lube International, Inc.** | 100% | DELAWARE |
|             American Lubrication Company, Inc. | 100% | OREGON |
|             CarCare Enterprises Inc. | 100% | ILLINOIS |
|             Gulf States Services, Inc. | 80% | NEVADA |
|             Jiffy Lube International of Maryland, Inc. | 100% | MARYLAND |
|             Jiffy Lube National Advertising Fund | n/a | MARYLAND NONPRFT |
|             Lube Acquisition Corporation | 100% | DELAWARE |
|             Q Lube, Inc. | 100% | DELAWARE |
|         Lubetech SDN. BHD. | 30% | MALAYSIA |
|         Lubricantes Pennzoil Argentina S.A. | 99% | ARGENTINA |
|         Lucor, Inc. | 25% | FLORIDA |
|         National Transit Company | 100% | PENNSYLVANIA |
|         Pennzoil - Quaker State France S.A. | 9.07% | FRANCE |
|         Pennzoil Bolivia S.A. | 99.78% | BOLIVIA |
|         Pennzoil Deutschland GmbH Mineralölvertrieb | 100% | GERMANY |
|         Pennzoil Lube Center Acceptance Corporation | 100% | NEVADA |
|         Pennzoil Products do Brasil Limitada | 95% | BRAZIL |
|         Pennzoil Products International Company | 100% | MAURITIUS |
|             Pennzoil-Quaker State India Limited | 96.4% | INDIA |
|         Pennzoil-Quaker State Canadian Holdings Ltd. | 100% | CANADA |
|         Pennzoil-Quaker State Industries de México, S.A. de C.V. | 98% | MEXICO |
|         **Pennzoil-Quaker State International Corporation** | 100% | DELAWARE |
|             Pennzoil Bolivia S.A. | 0.11% | BOLIVIA |
|             Pennzoil Products Company de Mexico | 100% | NEVADA |
|             Pennzoil-Quaker State Asia Pacific Company | 100% | NEVADA |
|             Pennzoil-Quaker State Australia Company | 100% | NEVADA |
|             Pennzoil-Quaker State Automotive Products (Shanghai) Co., Ltd. | 100% | SHANGHAI WFTZ |
|             Pennzoil-Quaker State Benelux Company | 100% | NEVADA |
|             Pennzoil-Quaker State China Corporation | 100% | DELAWARE |
|             Pennzoil-Quaker State Costa Rica, Ltda. | 100% | COSTA RICA |
|             Pennzoil-Quaker State International Chile Limitada | 90% | CHILE |
|             Pennzoil-Quaker State International Services Inc. | 100% | BR. VIRGIN ISLANDS |
|             Pennzoil-Quaker State Korea Limited | 93.8% | KOREA |
|             Pennzoil-Quaker State Mexico Investments S. de. R.L. de C.V. | 99% | MEXICO |
|                 Pennzoil Products de Mexico Employee Leasing Company S.R.L. de C.V. | 99% | MEXICO |
|             Pennzoil-Quaker State Nominee Company | 100% | NEVADA |
|                 Lubricantes Pennzoil Argentina S.A. | 1% | ARGENTINA |
|                 Pennzoil Bolivia S.A. | 0.11% | BOLIVIA |
|                 Pennzoil Products de Mexico Employee Leasing Company S.R.L. de C.V. | 1% | MEXICO |
|                 Pennzoil Products do Brasil Limitada | 5% | BRAZIL |
|                 Pennzoil-Quaker State Industries de México, S.A. de C.V. | 2% | MEXICO |
|                 Pennzoil-Quaker State International Chile Limitada | 10% | CHILE |

| | Ownership | Domicile |
|---|---|---|
| Pennzoil-Quaker State Korea Limited | 6.2% | KOREA |
| Pennzoil-Quaker State Mexico Investments S. de. R.L. de C.V. | 1% | MEXICO |
| Pennzoil-Quaker State Puerto Rico Corporation | 100% | PUERTO RICO |
| Petrolon International Limited | 100% | ISLE OF MAN |
|     Pennzoil - Quaker State France S.A. | 90.929% | FRANCE |
|     Pennzoil-Quaker State (UK) Limited | 100% | UNITED KINGDOM |
|         Airfresh (UK) Limited | 100% | UNITED KINGDOM |
|         Bluecol Brands Limited | 100% | UNITED KINGDOM |
|             PQS Motor Products Limited | 100% | UNITED KINGDOM |
|             PQS Chemical Company Limited | 100% | UNITED KINGDOM |
|     Petrolon Europe Limited | 100% | ISLE OF MAN |
|         Petrolon Australia Pty. Ltd. | 95% | AUSTRALIA |
|         Quaker State (United Kingdom) Limited | 95% | UNITED KINGDOM |
|             Sutherwell Limited | 100% | UNITED KINGDOM |
|                 Petrolon British Isles Limited | 100% | UNITED KINGDOM |
|     Petrolon Overseas Limited | 100% | UNITED KINGDOM |
| Pennzoil-Quaker State Japan Company | 100% | JAPAN |
| Rain-X Europe, NV | 67% | BELGIUM |
| Pennzoil-Quaker State Mediterraneo, S.L. | 100% | SPAIN |
|     PPZ - Productos Petroliferos, Ltd. | 1.8% | PORTUGAL |
| Pennzoil Receivables Company | 100% | DELAWARE |
| Pennzoil Sales Company | 100% | DELAWARE |
| Petrolon Australia Pty. Ltd. | 5% | AUSTRALIA |
| PZ Shareowner Services, Inc. | 100% | DELAWARE |
| QSB Corporation BVBA | 100% | BELGIUM |
|     Rain-X Europe, NV | 33% | BELGIUM |
| QSHK Corporation | 100% | DELAWARE |
| Quaker State (United Kingdom) Limited | 5% | UNITED KINGDOM |
| Quaker State Corporation | 100% | DELAWARE |
| Quaker State International Holdings Limited | 100% | UNITED KINGDOM |
| Quaker State Investment Corporation | 100% | DELAWARE |
|     The Valley Camp Coal Company | 100% | DELAWARE |
|         VC Bulk Terminal Ltd. | 100% | CANADA |
| Quaker State Limited Partnership-II | 63.6066% | OHIO |
| Quaker State Limited Partnership-III | 49.5137% | OHIO |
| Red River Terminals, L.L.C. | 50% | LOUISIANA LLC |
| Savannah Company Limited | 100% | BERMUDA |
| Specialty Oil Company | 100% | DELAWARE |
| Truck Lube USA, LLC | 31.25% | WISCONSIN LLC |
| UMW Pennzoil Distributors SDN. BHD. | 50% | MALAYSIA |
| Westland Oil Company | 100% | DELAWARE |
| Wolf's Head Oil Refining Company, Incorporated | 100% | DELAWARE |

| | Ownership | Domicile |
|---|---|---|
| Shell Petroleum N.V. | | NETHERLANDS |
|     6040187 Canada Inc. | 100% | CANADA |
|         Pennzoil-Quaker State Canada Incorporated | 100% | NOVA SCOTIA |
|     Shell PQS Canada Holding B.V. | 100% | NETHERLANDS |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure of Affiliation and Financial Interest of Defendant Pennzoil-Quaker State Company and a copy of Notice of Electronic Filing has been sent by United States mail, first class, postage prepaid, this 15th day of August, 2003, to the following:

**Scott M. Daniels, Esquire**
**Armstrong, Westerman, Hattori,**
**McLeland & Naughton**
**1725 K Street, N.W., Suite 1000**
**Washington, D.C. 20006**


_____/s/_____
Michael C. Augustini