# ARNOLD & PORTER

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

August 21, 2003

VIA ELECTRONIC FILING

The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re: *Emergency Fuel, LLC, et al. v. Pennzoil-Quaker State*
> Civil Action No.: CCB-00-CV-156

Dear Judge Blake:

Pursuant to the Court's order dated July 30, 2003, counsel for the parties have conferred, and subject to the approval of the Court, the parties have agreed to the following plan for further proceedings in this case.

The parties respectfully submit that the first order of business following remand from the Federal Circuit should be consideration of the parties' previously filed but unresolved motions for summary judgment. These include: (1) Pennzoil's motion for summary judgment of invalidity over prior art (Docket No. 68); (2) Pennzoil's motion for summary judgment of unenforceability by reason of inequitable conduct (Docket No. 71); and (3) Emergency Fuel's motion for summary judgment of literal infringement (Docket No. 74). Because the motions (if granted) will dispose of significant issues with respect to the '237 and '660 Patents, we do not believe that entry of a scheduling order is necessary at this time.

Washington, DC   New York   Los Angeles   Century City   Denver   London   Northern Virginia

The Honorable Catherine C. Blake
August 21, 2003
Page 2


      With regard to the above motions, the parties do not anticipate that further briefing or another hearing will be needed. However, we appreciate that the Court may have its own views on the need for further argument on these motions, and counsel, of course, would be glad to discuss the matter with you at a time convenient for the Court.

                                    Very truly yours,

                                    /s/

                                  Joel M. Freed
                                  Michael C. Augustini
                                  Counsel for Defendant Pennzoil-Quaker State Company

cc:    Scott M. Daniels, Esq.
       Michael J. Caridi, Esq.
       Counsel for Plaintiff Emergency Fuel, LLC