UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 22, 2003

James E. Armstrong, IV, Esquire
Scott M. Daniels, Esquire
Armstrong, Westerman, Hattori,
 McLeland & Naughton, LLP
1725 K Street, N.W., Suite 1000
Washington, D.C. 20006

Joel M. Freed, Esquire
Michael Augustini, Esquire
Arnold & Porter
555 12th Street, N.W.
Washington, MD 20004

Gerard P. Martin, Esquire
Martin, Snyder & Bernstein
217 E. Redwood Street, Suite 2000
Baltimore, MD 21202

  Re: <u>Emergency Fuel, LLC, et al. v. Penzoil-Quaker State Company,
    Civil No. CCB-00-156</u>

Dear Counsel:

 Thank you for your letter of August 21, 2003.  I will let you know if any further briefing or argument seems necessary.

           Sincerely yours,

           /s/

           Catherine C. Blake
           United States District Judge