LAW OFFICES

# ARMSTRONG, WESTERMAN & HATTORI, LLP

JAMES E. ARMSTRONG, III
WILLIAM F. WESTERMAN
KEN-ICHI HATTORI
WILLIAM G. KRATZ, JR.*
MEL R. QUINTOS
DONALD W. HANSON
STEPHEN G. ADRIAN
SCOTT M. DANIELS
WILLIAM L. BROOKS
THOMAS J. MACPEAK
JOHN F. CARNEY
JOHN P. KONG
JAMES E. ARMSTRONG, IV
SADAO KINASHI
—
THOMAS E. BROWN*
MICHAEL J. CARIDI
MICHAEL S. ALPRIN*
JOSEPH L. FELBER
KENNETH H. SALEN
MICHAEL N. LAU
GEORGE N. STEVENS*

* Practice limited to matters and proceedings
   before federal courts and agencies

SUITE 1000
1725 K STREET, N.W.
WASHINGTON, D.C. 20006
____

(202) 659-2930
FACSIMILE (202) 887-0357
FACSIMILE (202) 331-7519
FACSIMILE (202) 887-5155
VIDEO (202) 728-6844
www.armstrongpat.com

TOKYO LIAISON OFFICE
6TH FL., DIAMOND PLAZA BLDG.
25 ICHIBANCHO, CHIYODA-KU
TOKYO 102, JAPAN
TEL. (03) 3234-8429
FACSIMILE (03) 3234-5643
____

PITTSBURGH OFFICE
THE LAW & FINANCE BUILDING
SUITE 707, 429 FOURTH AVENUE
PITTSBURGH, PA 15219
TEL. (412) 281-2931
FACSIMILE (412) 281-1821
____

BALTIMORE OFFICE
502 WASHINGTON AVENUE
SUITE 220
TOWSON, MARYLAND 21204
TEL. (410) 337-2295
FACSIMILE (410) 337-2296
____

SENIOR COUNSEL
LEONARD BLOOM

OF COUNSEL
RONALD F. NAUGHTON*
EDWARD F. WELSH*
NICOLAS E. SECKEL*
NICHOLAS S. BROMER
EDWARD F. KENENAH, JR.
____

JAPANESE BENRISHI
YASUHISA KUROSE

PATENT AGENTS
JAMES N. BAKER
DANIEL A. GESELOWITZ, Ph.D.
SHUJI YOSHIZAKI

September 22, 2003

The Honorable Catherine C. Blake
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

      Re:    *Emergency Fuel, LLC v. Pennzoil-Quaker State Co.*
             Civil No.  CCB-00-156

Dear Judge Blake:

      Further to the parties' letter of August 21, 2003, Plaintiffs wish to inquire about the Court's preference for scheduling the remainder of the case.  In particular, Plaintiffs believe that the Pennzoil motions mentioned in our previous letter may be disposed of quickly and the case resumed.  Since the patents-in-suit are singularly important to Plaintiffs' business, quick resolution of this lawsuit is equally important.

      The Court's attention to this matter is very much appreciated.

                        Respectfully submitted,

                ARMSTRONG, WESTERMAN & HATTORI, LLP

                              /s/

                           Scott M. Daniels

SMD/abp

cc:    Joel M. Freed, Esq.  (via facsimile)
        Michael Augustini, Esq.   (via electronic filing)

                              H:\Lawsuit\EmergencyFuel\Letters\Blake ltr 9-22-03.doc