LAW OFFICES

# WESTERMAN, HATTORI, DANIELS & ADRIAN, LLP

1250 CONNECTICUT AVENUE, N.W., SUITE 700
WASHINGTON, DC 20036

WILLIAM F. WESTERMAN
KEN-ICHI HATTORI
SCOTT M. DANIELS
STEPHEN G. ADRIAN
JOHN P. KONG
SADAO KINASHI
THOMAS J. MACPEAK
EDWARD F. KENEHAN, JR.
NICOLAS E. SECKEL*

THOMAS E. BROWN*
MICHAEL J. CARIDI
M. SCOTT ALPRIN
JOSEPH L. FELBER
KENNETH H. SALEN*
MICHAEL N. LAU
SHUJI YOSHIZAKI**
YASUHISA KUROSE***

_____

TELEPHONE: (202) 822-1100
FACSIMILE:  (202) 822-1111

October 6, 2003

TOKYO OFFICE
Cosmo Shinjuku Gyoen Bldg. 6F
1-1-7 Shinjuku, Shinjuku-ku
Tokyo, Japan
Telephone: 03-3356-1527
Facsimile: 03-3356-1529

*Practice limited to matters
and proceedings before
federal courts and agencies

** Patent Agent

*** Japanese Benrishi

Clerk's Office
U.S. District Court for the
        District of Maryland
101 West Lombard Street
Baltimore, MD    21201

> RE:    00-00156
>        Emergency Fuel v. Pennzoil Quaker State

To Whom it May Concern:

Please enter the following change of address for correspondence pertaining to this matter.  Scott Daniels, *pro hac* counsel for Plaintiff, and Michael Caridi, counsel for Plaintiff may be reached at the following address:

WESTERMAN, HATTORI, DANIELS & ADRIAN, LLP
1250 Connecticut Avenue, NW
7th Floor
Washington ,DC 20036
Tel:  202-822-1100
Fax: 202-822-1111

sdaniels@whdapatentlaw.com and mcaridi@whdapatentlaw.com  (respectively)

Very truly yours,

WESTERMAN, HATTORI, DANIELS & ADRIAN, LLP

/s/
Michael Caridi