WESTERMAN HATTORI DANIELS & ADRIAN, LLP

WILLIAM F. WESTERMAN
KEN HATTORI
SCOTT M. DANIELS
STEPHEN G. ADRIAN
JOHN P. KONG
SADAO KINASHI
THOMAS J. MACPEAK
EDWARD F. KENEHAN, JR.
NICOLAS E. SECKEL*

THOMAS E. BROWN*
MICHAEL HAEL
SCOTT ALPRIN*
JOSEPH L. FELBER
KENNETH H. SALEN*
MICHAEL N. LAU

*Practice limited to matters and proceedings before federal courts and agencies

PATENT AGENT
SHIJI YOSHIZAKI

JAPANESE BENRISHI
YASUHISA KUROSE

November 5, 2003

The Honorable Catherine C. Blake
U.S. District Court for the
    District of Maryland
101 West Lombard Street
Baltimore, MD  21201

RE:  Civil No. CCB 00-00156
     *Emergency Fuel v. Pennzoil Quaker State*

Dear Judge Blake:

As you know, this case has a considerable history before this Court. Apart from an update by Defendant of its response to Plaintiffs' requests for sales data, discovery is essentially complete. Moreover, the various opinions of this Court and of the Court of Appeals for the Federal Circuit have brought into focus the remaining issues of the case.

Plaintiffs therefore believe that it would be timely for this Court to meet with the lawyers for the respective parties. Such a meeting would help, either to resolve the case by settlement, or to prepare the case for trial on the remaining issues.

Plaintiffs therefore propose that this Court schedule such a meeting

very truly yours,

WESTERMAN, HATTORI, DANIELS & ADRIAN, LLP
/s/
Scott Daniels

WASHINGTON OFFICE:  1250 CONNECTICUT AVE., N.W., SUITE 700, WASHINGTON, D.C. 20036  |  T. 202.822.1100  |  F. 202.822.1111  |  www.WHDAPatentLaw.com
TOKYO OFFICE:  COSMO SHINJUKU GYOEN BLDG. 6F, 1-1-7 SHINJUKU, SHINJUKU-KU, TOKYO, 160-0022, JAPAN  |  T. 03.3356.1527  |  F. 03.3356.1529