### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Emergency Fuel, LLC, et al. | : | |
| | : | |
| v. | : | Civil Action No. CCB-00-156 |
| | : | |
| Pennzoil-Quaker State Co. | : | |
| | : | |
| | : | |

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that :

1.　the defendant's motion for summary judgment of invalidity over prior art (Docket No. 66, 68) shall be **DENIED**;

2.　the defendant's motion for summary judgment of unenforceability by reason of inequitable conduct (Docket No. 66, 71) shall be **DENIED**;

3.　the plaintiffs' renewed motion for summary judgment of literal infringement (Docket No. 74) shall be **DENIED**; and

4.　copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

| | |
|---|---|
| December 11, 2003 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |