# ARNOLD & PORTER LLP

**Joel M. Freed**
Joel_Freed@aporter.com

202.942.6602
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

February 18, 2004

The Honorable Catherine C. Blake
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re: *Emergency Fuel, LLC, et al. v. Pennzoil-Quaker State*
Civil Action No.: CCB-00-CV-156

Dear Judge Blake:

During the November 2003 telephonic status conference in the above-referenced matter, the Court suggested that it would be appropriate to refer the parties to a magistrate judge for a mediation session following its ruling on the pending motions for summary judgment, which issued on December 11, 2003.

Since the Court's December 11 ruling, the parties have discussed the possibility of settlement but have made no progress. However, Pennzoil has not been marketing the accused product for some time. Thus, at this time, Pennzoil believes that the assistance of a magistrate is necessary to facilitate an appropriate disposition of this matter. Accordingly, Pennzoil respectfully requests that the Court schedule a mediation session before a magistrate in due course.

Very truly yours,

/s/

Joel M. Freed
Michael C. Augustini
Counsel for Defendant Pennzoil-Quaker State Company

cc: Scott M. Daniels, Esq.
    Counsel for Plaintiff Emergency Fuel, LLC

Washington, DC   New York   London   Brussels   Los Angeles   Century City   Northern Virginia   Denver