UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

March 1, 2004

James E. Armstrong, IV, Esquire
Armstrong Westerman and Hattori
1725 K Street, NW, Suite 1000
Washington, DC  20006

Scott M. Daniels, Esquire
Michael J. Caridi, Esquire
Westerman Hattori Daniels and Adrian
1250 Connecticut Avenue, 7th Floor
Washington, DC  20036

Gerard P. Martin, Esquire
Rosenberg Martin Funk Greenberg
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201-3305

Gillian C. Wood, Esquire
Michael C. Augustini, Esquire
Arnold and Porter
555 12th Street, NW
Washington, DC  20004-1202

Carey Jordan Hetherington, Esquire
Michael Wilson, Esquire
Baker Botts
One Shell Plaza
910 Louisana
Houston, Texas  77002

Subject: *Emergency Fuel, LLC, et al. v. Pennzoil-Quaker State Company*
Civil Action No. CCB-00-156

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Monday, March 8, 2004, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Monday, March 22, 2004, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of February 26, should arrive in chambers no later than Monday, March 15, 2004.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Letter to Counsel - *Emergency Fuel v Pennzoil*
Page Two
March 1, 2004

                              Very truly yours,

                                    /s/

                              James K. Bredar
                              United States Magistrate Judge

JKB/cw
cc: The Hon. Catherine C. Blake
    Court file
    Chambers file