# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

March 17, 2004

James E. Armstrong, IV, Esquire
Armstrong Westerman and Hattori
1725 K Street, NW, Suite 1000
Washington, DC   20006

Scott M. Daniels, Esquire
Michael J. Caridi, Esquire
Westerman Hattori Daniels and Adrian
1250 Connecticut Avenue, 7th Floor
Washington, DC   20036

Gerard P. Martin, Esquire
Rosenberg Martin Funk Greenberg
25 South Charles Street, Suite 2115
Baltimore, Maryland   21201-3305

Gillian C. Wood, Esquire
Michael C. Augustini, Esquire
Arnold and Porter
555 12th Street, NW
Washington, DC   20004-1202

Carey Jordan Hetherington, Esquire
Michael Wilson, Esquire
Baker Botts
One Shell Plaza
910 Louisana
Houston, Texas   77002

Subject: *Emergency Fuel, LLC, et al. v. Pennzoil-Quaker State Company*
Civil Action No. CCB-00-156

Dear Counsel:

This letter shall inform you that the time for the settlement conference in the above-captioned matter previously set for Monday, March 22, 2004, at 10:00 a.m. has been rescheduled because of a conflict in Judge Bredar's schedule.  The new time is **Monday, March 22, 2004, at 11:00 a.m.** in  chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland.

Please contact me in chambers if you have any questions.

Very truly yours,

/s/

Charlotte M. Wyatt
Assistant to Magistrate Judge Bredar

JKB/cw