# ARNOLD & PORTER LLP

Joel M. Freed
Joel_Freed@aporter.com

202.942.6602
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

March 24, 2004

Ms. Felicia Cannon
Clerk of Court
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

___ FILED  ___ ENTERED
___ LODGED

MAR 2 5 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

Re   *Emergency Fuel, LLC, et al. v. Pennzoil-Quaker State*
     Civil Action No.: CCB-00-CV-156

Dear Ms. Cannon:

We represent Defendant Pennzoil-Quaker State Company in the above-referenced action. Based on our recent review of the court's docket sheet and electronic filing distribution list, it appears that several attorneys who no longer are representing Pennzoil may be receiving copies of case materials from the court unnecessarily. Thus, we are writing to provide the court with correct information and to request that the court update the list of attorneys currently representing Pennzoil in this matter.

Specifically, Scott A.M. Chambers, Gillian C. Wood and Andrew S. Brenc are former associates of Arnold & Porter LLP and they no longer represent Pennzoil in this matter. In addition, Michael Wilson and Carey Jordan Hetherington of Baker Botts also no longer represent Pennzoil in connection with this matter. Accordingly, Mr. Chambers, Mr. Brenc, Mr. Wilson, Ms. Wood, and Ms. Hetherington may be removed from the list of attorneys representing Pennzoil in this case.

Joel M. Freed (lead counsel) and Michael C. Augustini of Arnold & Porter and Gerard P. Martin of Rosenberg Martin Funk & Greenberg LLP will continue to represent Pennzoil in this matter.

Please feel free to contact Michael Augustini at (202) 942-5557 if you have any questions regarding the above. Thank you for your attention to this matter.

Very truly yours,

*Joel M. Freed*

Joel M. Freed
Michael C. Augustini
Counsel  for  Defendant  Pennzoil-Quaker
State Company